UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 2 6 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | |
|---|---|
| REYNALDO FLORES, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL NO. SA-15-CA-622-OG |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

This federal habeas corpus action, filed pursuant to 28 U.S.C. § 2254, came for consideration before the Court. In a Memorandum Opinion and Order issued contemporaneously with this Judgment, this Court has rendered a final decision on all issues pending in this cause.

**Accordingly, it is ORDERED, ADJUDGED, and DECREED that:**

1. All relief requested in Petitioner's federal habeas corpus petition, filed July 22, 2015 (ECF no. 1), is **DENIED**.

2. Petitioner is **DENIED** a Certificate of Appealability on all claims herein.

**It is so ORDERED.**

SIGNED this 26 day of October, 2016.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE