IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-51404

FILED
JAN - 5 2017

REYNALDO FLORES,

    Petitioner - Appellant

A True Copy
Certified order issued Jan 05, 2017

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court for the
Western District of Texas, San Antonio
5:15-cv-622-OLG

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 5, 2017, for want of prosecution. The appellant failed to timely pay docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT